# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 21, 2021

## NO. 03-19-00475-CV

**Barret Arnold Espe, Appellant**

**v.**

**Lindy Catherine Castellaw, Appellee**

## APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
## MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the final decree of divorce signed by the trial court on April 18, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the decree but that there was error requiring correction. Therefore, the Court modifies the decree to delete all references to attorney's fees as being "additional child support," as set out in our opinion. The Court affirms the trial court's final decree of divorce as modified. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.